UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 1-2:07-cv-03537-JHN-VBKx<br>2-2:07-cv-03643-JHN-VBKx<br>3-2:07-cv-03647-JHN-VBKx<br>4-2:07-cv-03916-JHN-VBKx<br>5-2:07-cv-08044-JHN-VBKx<br>6-2:07-cv-08122-JHN-VBKx<br>7-2:07-cv-08196-JHN-VBKx<br><br>*8-2:08-cv-01962-JHN-VBKx*<br>*9-2:10-cv-06518-JHN -VBKx*<br>*10-8:08-cv-00313-JHN-VBKx* | Date | November 1, 2010 |
|---|---|---|---|
| Title | 1-Karen Herbert et al v. Endemol USA Inc et al<br>2-Cynthia Cunningham v. Endemol USA Inc et al<br>3-Cheryl Bentley et al v. NBC Universal Inc et al<br>4-Darlene Couch v. Telescope Inc et al<br>5-Michael Glass et al v. NBC Universal, Inc. et al<br>6-Mark Snelson v. Endemol USA, Inc. et al<br>7-Amanda Miller et al v. Upper Ground Enterprises, Inc. et al<br><br>*8-Victor Greenwood et al v. Sprint Spectrum LP*<br>*9-Victor Greenwood et al v. Verizon Wireless Telecom, Inc. et al*<br>*10-Brandi Young v. AT & T Mobility LLC et al* | | |

| Present: The Honorable | JACQUELINE H. NGUYEN |  |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David M Arbogast<br>Andrew J Sokolowski<br>Jeff S Westerman<br>Paul R Kiesel | Angel L Tang<br>Brad W Seiling<br>Sean Riley<br>Paul S Chan<br>Matthew B O'Hanlon<br>Dan E Marmalefsky<br>Samantha P Goodwin |

**Proceedings:**    STATUS CONFERENCE  (In Chambers)

The conference is held.   The Court lifts the stay as to all above cases.  The Court and parties discuss consolidation of these cases.  The parties advise the Court that they believe the last three cases (#'s 8-10 listed above) should be kept separate from the first 7 cases listed above.  The first 7 cases are consolidated for pretrial purposes, only.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 1-2:07-cv-03537-JHN-VBKx<br>2-2:07-cv-03643-JHN-VBKx<br>3-2:07-cv-03647-JHN-VBKx<br>4-2:07-cv-03916-JHN-VBKx<br>5-2:07-cv-08044-JHN-VBKx<br>6-2:07-cv-08122-JHN-VBKx<br>7-2:07-cv-08196-JHN-VBKx<br><br>*8-2:08-cv-01962-JHN-VBKx*<br>*9-2:10-cv-06518-JHN -VBKx*<br>*10-8:08-cv-00313-JHN-VBKx* | Date | November 1, 2010 |
| Title | 1-Karen Herbert et al v. Endemol USA Inc et al<br>2-Cynthia Cunningham v. Endemol USA Inc et al<br>3-Cheryl Bentley et al v. NBC Universal Inc et al<br>4-Darlene Couch v. Telescope Inc et al<br>5-Michael Glass et al v. NBC Universal, Inc. et al<br>6-Mark Snelson v. Endemol USA, Inc. et al<br>7-Amanda Miller et al v. Upper Ground Enterprises, Inc. et al<br><br>*8-Victor Greenwood et al v. Sprint Spectrum LP*<br>*9-Victor Greenwood et al v. Verizon Wireless Telecom, Inc. et al*<br>*10-Brandi Young v. AT & T Mobility LLC et al* | | |

The Court sets the following schedule on the Joint Motion for Class Certification as to the first 7 cases, only:

        Motion filing deadline:                    May 16, 2011;
        Joint opposition filing deadline: June 13, 2011;
        Joint reply filing deadline:               July 11, 2011;
        Hearing on the Motion:                **August 8, 2011 at 10:00 a.m.**

Within 10 days of the Court's ruling on the Class Certification Motion, the parties in the 7 related cases shall submit a proposed case management schedule of dates for the Court's review and approval.  If these cases should settle, the parties shall file such notice and request dates for the preliminary and final approval of the class action. The parties in the first 7 cases shall also file a Joint Status Report by the end of January or by early February.

Counsel for the last 3 cases (#'s 8-10 listed above) shall meet and confer re the consolidation of Motion hearing dates for anticipated motions, including the Motion already filed [docket # 12 in 2:10-cv-06518-JHN -VBK Victor Greenwood et al v. Verizon Wireless Telecom, Inc. et al; the current motion hearing date of November 29, 2010 is VACATED.  The Court sets a Status Conference in the last three cases on **November 22, 2010 at 2:30 p.m.**

                                                                                                                           :    27

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 1-2:07-cv-03537-JHN-VBKx<br>2-2:07-cv-03643-JHN-VBKx<br>3-2:07-cv-03647-JHN-VBKx<br>4-2:07-cv-03916-JHN-VBKx<br>5-2:07-cv-08044-JHN-VBKx<br>6-2:07-cv-08122-JHN-VBKx<br>7-2:07-cv-08196-JHN-VBKx<br><br>*8-2:08-cv-01962-JHN-VBKx*<br>*9-2:10-cv-06518-JHN -VBKx*<br>*10-8:08-cv-00313-JHN-VBKx* | Date | November 1, 2010 |
| --- | --- | --- | --- |
| Title | 1-Karen Herbert et al v. Endemol USA Inc et al<br>2-Cynthia Cunningham v. Endemol USA Inc et al<br>3-Cheryl Bentley et al v. NBC Universal Inc et al<br>4-Darlene Couch v. Telescope Inc et al<br>5-Michael Glass et al v. NBC Universal, Inc. et al<br>6-Mark Snelson v. Endemol USA, Inc. et al<br>7-Amanda Miller et al v. Upper Ground Enterprises, Inc. et al<br><br>*8-Victor Greenwood et al v. Sprint Spectrum LP*<br>*9-Victor Greenwood et al v. Verizon Wireless Telecom, Inc. et al*<br>*10-Brandi Young v. AT & T Mobility LLC et al* | | |

|  | Initials of Preparer | AM |
| --- | --- | --- |