1   Manatt, Phelps & Phillips, LLP
    CHAD S. HUMMEL (Bar No. CA 139055)
2   E-mail:  chummel@manatt.com
    BRAD W. SEILING (Bar No. CA 143515)
3   E-mail:  bseiling@manatt.com
    ERIN C. WITKOW (Bar No. CA 216994)
4   E-mail:  ewitkow@manatt.com
    VIRAL MEHTA (Bar No. CA 261852)
5   E-mail:  vxmehta@manatt.com
    11355 West Olympic Boulevard
6   Los Angeles, CA  90064-1614
    Telephone:  (310) 312-4000
7   Facsimile:  (310) 312-4224

8   *Attorneys for Defendants*
    NBCUNIVERSAL MEDIA, LLC, SULLIVAN
9   COMPLIANCE COMPANY, SKYCASTLE
    ENTERTAINMENT, INC., MARK BURNETT
10  PRODUCTIONS, INC.

11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

15  CHERYL BENTLEY, KAREN                 Case No. CV-07-03647-JHN-VBKx
    HERBERT, JODI EBERHART, and
16  all others similarly situated,         **STIPULATION RE: DISMISSAL OF
                                           ENTIRE ACTION WITHOUT
17             Plaintiffs,                 PREJUDICE**

18        vs.                              Judge:     Hon. Jacqueline H. Nguyen

19  NBC UNIVERSAL, INC.,                   Complaint Filed:   June 5, 2007
    VERISIGN, INC., M-QUBE, INC.,
20  SULLIVAN COMPLIANCE
    COMPANY, SKYCASTLE
21  ENTERTAINMENT, INC. and
    MARK BURNETT
22  PRODUCTIONS, INC.,

23             Defendants.

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1        Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through

2   their counsel, stipulate that this entire action is dismissed without prejudice, each

3   party to bear its own attorneys' fees and costs.

4

5   Dated:  May 16, 2011         MANATT, PHELPS & PHILLIPS, LLP

6

7

8   By: /s/ Brad W. Seiling
       Brad W. Seiling
       *Attorneys for Defendants*

9          NBCUNIVERSAL MEDIA, LLC
       (FORMERLY KNOWN AS NBC

10         UNIVERSAL, INC.), SULLIVAN
       COMPLIANCE COMPANY, SKYCASTLE

11         ENTERTAINMENT, INC., MARK
       BURNETT PRODUCTIONS, INC.

12

13  Dated:  May 16, 2011         ARNOLD & PORTER LLP

14

15  By: /s/ James Cooper

16         James Cooper
       *Attorneys for Defendants*

17         VERISIGN, INC., M-QUBE, INC.

18  Dated:  May 16, 2011         MILBERG LLP

19

20  By: /s/ Jeff S. Westerman

21         Jeff S. Westerman
       *Attorneys for Plaintiffs*

22         CHERYL BENTLEY, KAREN
       HERBERT, JODI EBERHART

23

24  300235364.1

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION RE : DISMISSAL OF ENTIRE
ACTION WITHOUT PREJUDICE