1  Manatt, Phelps & Phillips, LLP
   CHAD S. HUMMEL (Bar No. CA 139055)
2  E-mail:  chummel@manatt.com
   BRAD W. SEILING (Bar No. CA 143515)
3  E-mail:  bseiling@manatt.com
   ERIN C. WITKOW (Bar No. CA 216994)
4  E-mail:  ewitkow@manatt.com
   VIRAL MEHTA (Bar No. CA 261852)
5  E-mail:  vxmehta@manatt.com
   11355 West Olympic Boulevard
6  Los Angeles, CA  90064-1614
   Telephone:  (310) 312-4000
7  Facsimile:  (310) 312-4224

8  *Attorneys for Defendants*
   NBCUNIVERSAL MEDIA, LLC, SULLIVAN
9  COMPLIANCE COMPANY, SKYCASTLE
   ENTERTAINMENT, INC., MARK BURNETT
10 PRODUCTIONS, INC.

11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| CHERYL BENTLEY, KAREN HERBERT, JODI EBERHART, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NBC UNIVERSAL, INC., VERISIGN, INC., M-QUBE, INC., SULLIVAN COMPLIANCE COMPANY, SKYCASTLE ENTERTAINMENT, INC. and MARK BURNETT PRODUCTIONS, INC.,<br><br>Defendants. | Case No. CV-07-03647-JHN-VBKx<br>**ORDER ON**<br>**STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Judge:     Hon. Jacqueline H. Nguyen<br><br>Complaint Filed:   June 5, 2007 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, through their counsel, stipulate that this entire action is dismissed without prejudice, each party to bear its own attorneys' fees and costs.

Dated: May 16, 2011                    MANATT, PHELPS & PHILLIPS, LLP


By: /s/ Brad W. Seiling
    Brad W. Seiling
    *Attorneys for Defendants*
    NBCUNIVERSAL MEDIA, LLC
    (FORMERLY KNOWN AS NBC
    UNIVERSAL, INC.), SULLIVAN
    COMPLIANCE COMPANY, SKYCASTLE
    ENTERTAINMENT, INC., MARK
    BURNETT PRODUCTIONS, INC.

Dated: May 16, 2011                    ARNOLD & PORTER LLP


By: /s/ James Cooper
    James Cooper
    *Attorneys for Defendants*
    VERISIGN, INC., M-QUBE, INC.

Dated: May 16, 2011                    MILBERG LLP


By: /s/ Jeff S. Westerman
    Jeff S. Westerman
    *Attorneys for Plaintiffs*
    CHERYL BENTLEY, KAREN
    HERBERT, JODI EBERHART

IT IS SO ORDERED.
DATED: MAY 1 7 2011

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

300235364.1